IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A.G., MOTHER OF H.F.D., T.D.
AND M.R.G., CHILDREN,

      Appellant,

 v.                                                                    Case No.  5D16-3647

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.
_____/

Opinion filed February 7, 2017

Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Ryan Thomas Truskoski, Special Assistant
Regional Counsel, Jeffrey Deen, Appellate
Counsel, and Lori D. Loftis, Assistant
Regional Counsel, of The Office of Criminal
Conflict and Civil Regional Counsel,
Casselberry, for Appellant.

Deborah Anne Schroth, for Appellee,
Department of Children and Families.

Sara E. Goldfarb, Sanford, for Guardian ad
Litem Program.


PER CURIAM.

     AFFIRMED.  See J.B.P. v. Dep't of Children & Families, 868 So. 2d 1289, 1290

(Fla. 4th DCA 2004) ("Because the complete record is sufficient and enables us to review

the final order of termination, even with only a single omnibus finding, we have elected not to reverse in this case. We caution the Judges in this District presiding over termination of parental rights cases, however, not to infer that the failure to make specific factual findings will always be harmless. In most cases-although not in this one-such findings are indispensable.").

ORFINGER and EDWARDS, JJ., and JACOBUS, B.W., Senior Judge, concur.